### DOW v. DOW.

*(Supreme Court, General Term, Second Department. May, 1892.)*

No opinion. Reargument ordered. For decision on appeal, see 18 N. Y. Supp. 222.

---

### MURPHY v. BROOKLYN DAILY EAGLE.

*(Supreme Court, General Term, Second Department. May, 1892.)*

Action by Elizabeth Murphy against the Brooklyn Daily Eagle. No opinion. Appeal withdrawn.

---

### PEOPLE ex rel. McCOMBS v. BOARD OF TOWN AUDITORS OF DEER PARK.

*(Supreme Court, General Term, Second Department. May, 1892.)*

No opinion. Order affirmed for nonservice of case and points according to submission, with $10 costs and disbursements.

---

### PFEEFER v. BROOKLYN DAILY EAGLE.

*(Supreme Court, General Term, Second Department. May, 1892.)*

Action by Louisa Pfeefer against the Brooklyn Daily Eagle. No opinion. Appeal withdrawn.

---

### ROE v. ROE.

*(Supreme Court, General Term, Second Department. May, 1892.)*

Action by Ada M. Roe against Eugene C. Roe. No opinion. Appeal dismissed.

---

### LYDECKER v. GILCHRIST.

*(Supreme Court, General Term, Second Department. July 22, 1892.)*

Action by Maria Lydecker against Samuel Gilchrist. No opinion. Judgment affirmed for nonsubmission of papers according to stipulation.

---

### VAN BENTHUYSEN v. CENTRAL N. E. & W. R. Co. and others.

*(Supreme Court, General Term, Second Department. July 22, 1892.)*

Action by Watson Van Benthuysen against the Central New England & Western Railroad Company and others. No opinion. Appeal withdrawn. For former report, see 17 N. Y. Supp. 709.